IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AUTOMATED TRACKING SOLUTIONS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>EKAHAU, INC.,<br><br>        Defendant. | Civil Action No. 1:14-CV-1759-AJT-TCB<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Automated Tracking Solutions, LLC ("Plaintiff") hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant Ekahau Inc. ("Defendant") has not yet answered the Complaint. Accordingly, Plaintiff voluntarily dismisses Defendant with prejudice pursuant to Rule 41(a)(1).

4/27/2015

Anthony J. Trenga
United States District Judge

I